No. 00–55.  ESCOBEDO ET AL. *v.* CONOCO, INC.  C. A. 5th Cir. Certiorari denied.

No. 00–56.  CAZALAS *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION.  C. A. Fed. Cir.  Certiorari denied.

No. 00–57.  ROBBINS *v.* UNITED STATES.  C. A. Armed Forces. Certiorari denied.

No. 00–58.  SAPP ET UX. *v.* RAIN AND HAIL INSURANCE SERVICE.  C. A. 5th Cir.  Certiorari denied.

No. 00–59.  STOCK *v.* TEXAS.  Ct. App. Tex., 5th Dist.  Certiorari denied.

No. 00–63.  AYERS ET AL. *v.* OIL, CHEMICAL & ATOMIC WORKERS INTERNATIONAL UNION, AFL–CIO.  C. A. 5th Cir.  Certiorari denied.

No. 00–64.  MARYLAND *v.* REYNOLDS.  Ct. Sp. App. Md.  Certiorari denied.

No. 00–65.  LEWIS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–68.  MENDONCA *v.* MEDEIROS ET AL.  C. A. 1st Cir. Certiorari denied.

No. 00–69.  SANDERS *v.* EXXON CORP., DBA EXXON CO., U. S. A. C. A. 5th Cir.  Certiorari denied.

No. 00–72.  SIMMONS *v.* WETHERALL ET AL.  Sup. Ct. Conn. Certiorari denied.

No. 00–73.  ANDERSON *v.* NIAGARA MOHAWK POWER CORP. App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.

No. 00–74.  SCOTT *v.* CLAY COUNTY, TENNESSEE, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 00–76.  TAYLOR *v.* RANCHO SANTA BARBARA ET AL.  C. A. 9th Cir.  Certiorari denied.